UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                     Case No. 2:15-cr-20450
v.                             District Judge Victoria A. Roberts
                                     Magistrate Judge Anthony P. Patti

DENNIS WINGO, *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION TO PRODUCE EXCLULPATORY EVIDENCE (DE 21)

This matter came before me for a hearing on November 24, 2014.  For the reasons stated on the record, Defendant Wingo's amended motion to produce exculpatory evidence is **DENIED**.  (DE 21.)

    **IT IS SO ORDERED.**

Dated: November 24, 2015        s/Anthony P. Patti_____
                                             Anthony P. Patti
                                             UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing documents was sent to parties of record on November 24, 2015, electronically and/or by U.S. Mail.

                                             s/Michael Williams_____
                                             Case Manager for the
                                             Honorable Anthony P. Patti